# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DIANNE LADD,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:10-CV-1033-RDP |
| **NATIONWIDE CREDIT SERVICES, LLC.** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this     18th     day of February, 2011.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE